PJS:SRC:cer

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY E. SIMPSON,** | : | **NO. 4:CV-10-1187** |
|     **Plaintiff** | : | |
| | : | |
| **v.** | : | **(Muir, J.)** |
| | : | |
| **THE UNITED STATES OF AMERICA,** | : | |
| **B. A. BLEDSOE, AND** | : | |
| **HARLEY LAPPIN, individually and in** | : | |
| **their official capacities,** | : | |
|     **Defendants** | : | **Electronically Filed** |

## MOTION TO DISMISS AND/OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendants, the United States of America, B.A. Bledsoe, and Harley Lappin, move this Court to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and/or, in the alternative, to enter summary judgment in their favor pursuant to Fed. R. Civ. P. 56(b).

A brief in support of this motion will be filed in accordance with M.D. Pa. Local Rule 7.5.

Plaintiff's concurrence is not required under Local Rule 7.1 because Simpson is a <u>pro se</u> prisoner.

          Respectfully submitted,

          PETER J. SMITH
          United States Attorney

          s/ Stephen R. Cerutti II
          STEPHEN R. CERUTTI II
          Assistant United States Attorney
          PA Bar # 90744
          CYNTHIA E. ROMAN
          Paralegal Specialist
          240 West Fourth Street, Suite 316
          Williamsport, PA 17701
          Phone: (717) 221-4482
          Fax: (717)221-2246
          Stephen.Cerutti@usdoj.gov

January 5, 2011

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY E. SIMPSON,** | : | NO. 4:CV-10-1187 |
| Plaintiff | : | |
| | : | |
| v. | : | (Muir, J.) |
| | : | |
| **THE UNITED STATES OF AMERICA,** | : | |
| **B. A. BLEDSOE, AND** | : | |
| **HARLEY LAPPIN, individually and in** | : | |
| **their official capacities,** | : | |
| Defendants | : | |

### CERTIFICATE OF SERVICE

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.  That on January 5, 2011, she served a copy of the attached

**MOTION TO DISMISS AND/OR,
IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the places and addresses stated below, which is the last known addresses, and by depositing said envelope and contents in the United States Mail in Harrisburg, Pennsylvania.

Addressee:
Jeffrey E. Simpson
Reg. No. 04394-036
USP Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

                                                                                 s/Cynthia E. Roman
                                                                                 CYNTHIA E. ROMAN
                                                                                  Paralegal Specialist